09-08457:9.1:Motion to Set Last Day to File Proofs of Claim:Proposed Order Entered: 3/27/2009 3:52:38 PM by:Forrest Ingram Page 1 of 1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TERMANO, LLC | ) | Chief Judge Carol A. Doyle |
| | ) | |
| Debtor and Debtor in Possession. | ) | Case No. 09-08457 |
| | ) | |

### ORDER AND NOTICE SETTING TIME TO FILE CLAIMS

Debtor's counsel is directed, by <u>April 14, 2009</u>, to serve on all creditors a copy of this Order and to file proof of service with the Clerk.

This bankruptcy case was filed on <u>March 13, 2009</u>.

### FOR CREDITORS WHO WISH TO FILE CLAIMS AGAINST
### THE BANKRUPTCY ESTATE

(a) Claims of any governmental unit that arose prior to the case filing date are to be filed by <u>September 15, 2009</u>; and,

(b) All other claims that arose prior to the case filing date are to be filed by <u>June 12, 2009</u>.

All claims must be filed at the following address:
      Clerk of the U.S. Bankruptcy Court
      219 South Dearborn Street, Room 710
      Chicago, IL 60604

**If you fail to file a timely claim, your claim may not be allowed, and you may also be barred from voting on a proposed Plan of Reorganization and from receiving any distribution.** However, under the law some parties need not file claims. See 11 U.S.C § 1111(a). Parties must rely on their own inspection of the schedules or advice of counsel to determine whether to file a claim.

Dated: 4/7/09

ENTER:

_____
Chief Bankruptcy Judge Carol A. Doyle

This Order was prepared by Forrest L. Ingram, P.C.