## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TERMANO, LLC | ) | Chief Judge Carol A. Doyle |
| | ) | |
| Debtor and Debtor in Possession. | ) | Case No. 09-08457 |
| | ) | |
| | ) | Hearing: April 7, 2009 at 10:00 a.m. |

### ORDER ALLOWING EMPLOYMENT OF ATTORNEYS (SPECIAL COUNSEL)

This matter came to be heard on the application of the Debtor and Debtor in Possession, Termano, LLC, for authority to employ the Anthony Musillami as its Special Counsel in this Chapter 11 case. Due notice having been given and the Court being fully advised in these premises,

**IT IS HEREBY ORDERED** that the Debtor and Debtor in Possession is authorized, pursuant to 11 U.S.C. § 327(e), to employ Anthony Musillami of Musillami Law Offices as Special Counsel to represent the Debtor and Debtor in Possession in this Chapter 11 case the closing of various real estate pursuant to the agreement of the parties.

This order is effective retroactively to March 13, 2009.

Dated: 4/7/09

BY THE COURT

_____
The Honorable Chief Judge Carol A. Doyle
U.S. Bankruptcy Judge

This document was prepared by
Forrest L. Ingram, P.C.