UNITED STATES BANKRUPTCY COURT, NORTHERN DIVISION OF ILLINOIS, EASTERN DIVISION

RE: HERNAN ROMAN ) Case No: 07 B 00768
    ADELINA RODRIGUEZ )
    ) Chapter 13
        Debtor(s) )
    ) Judge    SUSAN PIERSON SONDERBY

### ORDER CONFIRMING PLAN

The plan under Chapter 13 of the Bankruptcy Code, filed by the debtor on Jan 17, 2007, [as modified by the amendment filed on 3/28/07 ,] having been found by the court to comply with the provisions of 11 U.S.C. § 1325, THE PLAN IS HEREBY CONFIRMED.

___ *[If applicable]* Notwithstanding any provision of the plan to the contrary, all property of the estate, as specified by 11 U.S.C. §§ 541 and 1306, shall continue to be property of the estate following confirmation.

ENTER:

_____
Judge

Dated: 5-31-07