IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PIZZA SERVICE, LTD., | ) | Case No. 09 B 31208 |
| | ) | |
| Debtor and Debtor in Possession. | ) | Hon. Susan Pierson Sonderby |
| | ) | Hearing: 10/6/2009 at 10:30 a.m. |

## ORDER ALLOWING EMPLOYMENT OF ACCOUNTANT

This matter came to be heard on the application of the Debtor, Pizza Service, Ltd., for authority to employ Michael Scheiderman and the accounting firm of Schneiderman, Kohn & Winston as its accountant in this Chapter 11 case. Due notice having been given and the Court being fully advised in these premises,

**IT IS HEREBY ORDERED**:

The Debtor is authorized, pursuant to 11 U.S.C. §327(a), to employ Michael Scheiderman and the accounting firm of Schneiderman, Kohn & Winston to represent the Debtor and Debtor in Possession in this Chapter 11 case, ~~on an advance retainer of $3,600.00, at the customary hourly rate of $200 per hour for the services of Michael Schneiderman and $125 per hour for his assistant~~ with payments subject to approval by this Court upon application for fees and reimbursement of expenses.

Dated:                                    BY THE COURT:

_____
The Honorable Susan Pierson Sonderby
U.S. Bankruptcy Judge

This document was prepared by
Forrest L. Ingram and Peter L. Berk

OCT 06 2009