**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PIZZA SERVICE, LTD., | ) | Case No. 09 B 31208 |
| | ) | |
| Debtor and Debtor in Possession. | ) | Hon. Susan Pierson Sonderby |

**NOTICE FOR HEARING ON DEBTOR'S
APPLICATION TO EMPLOY ACCOUNTANT**

To creditors and other parties in interest of Pizza Service, Ltd.:

A hearing will be held on **November 17, 2009, at 10:30 a.m.** regarding the Application to Employ Accountant (the "Application") filed by the Debtor and Debtor in Possession, Pizza Service, Ltd. The hearing is set before the United States Bankruptcy Court, Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, IL 60604, in Courtroom 642, the Honorable Susan Pierson Sonderby presiding.

A copy of the Application can be obtained online at www.ilnb.uscourts.gov, in person at the United States Bankruptcy Court, Seventh Floor, 219 South Dearborn Street, Chicago, IL, 60604, or by contacting the undersigned directly.

At the hearing on the Application, the Debtor will request authorization to pay a retainer of $3,600.00 to the accounting firm of Schneiderman, Kohn, & Winston ("Schneiderman"), and will further request that the employment of Schneiderman be made retroactive to August 25, 2009.

/s/ Peter L Berk
Peter Berk, Debtors' Attorney

Forrest L. Ingram, Esq.
Peter L. Berk, Esq.
79 W. Monroe, Suite 900
Chicago, IL 60603
312/759-2838

**CERTIFICATE OF SERVICE**

The Undersigned Attorney hereby certifies that he caused a copy of the foregoing Notice of Hearing to be served upon the parties listed on the service list attached hereto, by regular mail or ECF electronic notice, as indicated on the list, prior to 5:00 p.m. on the 7th day of October, 2009.

/s/ Peter L Berk

## SERVICE LIST

**VIA ECF Electronic Notice:**

Office of the U.S. Trustee
219 South Dearborn, 8th Floor
Chicago, IL 60604

David Hazan, Esq.
Attorney for Fifth Third Bank
111 North County Street
Waukegan, IL 60085

**Via regular mail:**

Pizza Service, Ltd.
Attn: Kevin Cronin, President and CEO
522 South Sheridan
Lakemoor, IL 60051

Fifth Third Bank
346 West Carol Lane MDGOPS11
Elmhurst, IL 60126

CIT Small Business Lending Corp.
One Cit Drive
Livingston, NJ 07039

D. Patrick Mullarkey
Tax Division
Department of Justice
PO Box 55
Ben Franklin Station
Washington, DC 20044

United States Attorney
219 South Dearborn Street
Chicago, IL 60644

Internal Revenue Service
Office of Regional Counsel
200 West Adams Street
Suite 2300
Chicago, IL 60606

Illinois Department of Revenue
Bankruptcy Section Level 7-425
100 W. Randolph St.
Chicago, IL 60606

Advanta Bank Corp.
PO Box 8088
Philadelphia, PA 19101-8088

Bank of America
Attn: Bankruptcy Dept.
475 Cross Point Pkway, PO Box 9000
Getzville, NY 14068-9000

Capital One Bank
PO Box 30285
Salt Lake City, UT 84130-0285

Capital One National Association
PO Box 30273
Salt Lake City, UT 84130-0273

CCB Credit Services
5300 S. 6th Street
Springfield, IL 62703-5184

Corface Collections North America
PO Box 8510
Metairie, LA 70011

Domino's Pizza LLC
30 Frank Lloyd Wright Drive
PO Box 997
Ann Arbor, MI 48106-0997

First Equity Card Corporation
PO Box 84075
Columbus, GA 31901-4075

First National Bank Omaha
P.O. Box 2818
Omaha, NE 68103-2818

FirstSource Advantage LLC
205 Bryant Woods South
Amherst, NY 14228