B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

Northern District of Illinois

In re  **PIZZA SERVICE, LTD.**                                   Case No.   **09 B 31208**
                    Debtor

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: **SEPTEMBER 2009**                    Date filed: **10/14/2009**

Line of Business: **RETAIL FOOD SERVICE**    NAISC Code: **722210**

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

_/s/ [signature]_
Original Signature of Responsible Party

**KEVIN CRONIN**
Printed Name of Responsible Party

Questionnaire: *(All questions to be answered on behalf of the debtor.)*

| # | Question | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | X | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | X | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | X | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | X | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | X | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | X | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | X | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | X | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | X | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | X | ☐ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | X |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | X |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | X | ☐ |

FROM : PIZZA SERVICE        FAX NO. :8475410732        Oct. 13 2009 09:25PM  P2
Case 09-31208   Doc 40   Filed 10/14/09   Entered 10/14/09 18:16:50   Desc Main
                    Document      Page 2 of 10

Page 2

B 25C (Official Form 25C) (12/08)

14. HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? ☐ ☒
15. DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? ☐ ☒
16. HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? ☐ ☒
17. HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? ☐ ☒
18. HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? ☐ ☒

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS? ☐ ☒

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL INCOME $ 115,095

### SUMMARY OF CASH ON HAND

Cash on Hand at Start of Month $ 400
Cash on Hand at End of Month $ 400

PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU   TOTAL $ 18,207

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL EXPENSES $ 110,738

*(Exhibit C)*

## CASH PROFIT

INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)* $ 115,095
EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)* $ 110,738

*(Subtract Line C from Line B)*   CASH PROFIT FOR THE MONTH $ 4,357

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

Accrued Food-Services    $14,824
Accrued [Suppliers]         15,272
Accrued Wages                7,000

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL PAYABLES  $ 35,076

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL RECEIVABLES  $ -0-

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED?  41

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT?  33

## PROFESSIONAL FEES

**BANKRUPTCY RELATED:**

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?  $ N/A

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?  $ N/A

**NON-BANKRUPTCY RELATED:**

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?  $ N/A

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?  $ N/A

FROM : PIZZA SERVICE    FAX NO. :8475410732    Oct. 13 2009 09:26PM P4
Case 09-31208    Doc 40    Filed 10/14/09    Entered 10/14/09 18:16:50    Desc Main
Document    Page 4 of 10

Page 4

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ 610,500 | $ 606,595 | $ (3,905) |
| EXPENSES | $ 595,712 | $ 595,821 | $ 109 |
| CASH PROFIT | $ 14,788 | $ 10,774 | $ (4,014) |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH: $ 105,000
TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH: $ 100,567
TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH: $ 4,433

## ADDITIONAL INFORMATION

PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.

FROM :PIZZA SERVICE          FAX NO. :8475410732          Oct. 06 2009 02:57PM  P1

# CHASE

JPMorgan Chase Bank, N.A.
P O Box 260180
Baton Rouge, LA 70826-0180

September 01, 2009 through September 30, 2009
Account Number: 000000828695692

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-242-7338 |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00111732 DRE 111 151 27409 - YNNNN T 1 000000000 62 0000
PIZZA SERVICE LTD D/B/A DOMINO'S PIZZA
DEBTOR IN POSSESSION
PO BOX 171
WAUCONDA IL 60084-0171



## IMPORTANT NOTICE ABOUT STOP PAYMENT FEES

Starting 10/25/09, we are lowering the Stop Payment Fee to $25 when you request a stop payment online through chase.com. The fee will remain the same at $32 if you go into a branch or call us to request a stop payment. Please call us at 1-800-CHASE38 (1-800-242-7338) if you have questions.

## CHECKING SUMMARY   Chase BusinessClassic

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $11,203.58 |
| Deposits and Additions | 130 | 92,212.56 |
| Checks Paid | 71 | -37,253.49 |
| ATM & Debit Card Withdrawals | 3 | -736.53 |
| Other Withdrawals, Fees & Charges | 55 | -48,404.61 |
| Ending Balance | 259 | $17,021.51 |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 09/01 | Deposit  522953022 | | $572.38 |
| 09/01 | Deposit  522953044 | | 568.87 |
| 09/02 | Deposit | Coke 1500; Dominos 1608 White Fields | 3,258.55 |
| 09/02 | Deposit  522953046 | | 551.09 |
| 09/02 | Deposit  522953023 | | 180.00 |
| 09/03 | Deposit | Fifth Third | 2,500.00 |
| 09/03 | Deposit  522953047 | | 511.58 |
| 09/03 | Deposit  522953024 | | 423.00 |
| 09/04 | Deposit  522953048 | | 702.34 |
| 09/04 | Deposit  522953025 | | 314.05 |
| 09/08 | Deposit  522953027 | | 1,573.57 |
| 09/08 | Deposit  522953049 | | 1,569.54 |
| 09/08 | Deposit | | 1,280.06 |
| 09/08 | Deposit  522953026 | | 1,184.64 |

Page 1 of 12



Exhibit F



September 01, 2009 through September 30, 2009
Account Number: 000000828695692

## DEPOSITS AND ADDITIONS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/08 | Deposit  522953050 | 1,171.39 |
| 09/08 | Deposit | 1,011.00 |
| 09/08 | Deposit | 783.44 |
| 09/08 | Deposit | 628.35 |
| 09/09 | Deposit | 493.26 |
| 09/09 | Deposit | 419.00 |
| 09/09 | Merchant Bnkcd   Deposit   424321448880   CCD ID: 9066396104 | 793.44 |
| 09/09 | Merchant Bnkcd   Deposit   424278591880   CCD ID: 9066396104 | 640.81 |
| 09/10 | Deposit  522953029 | 591.65 |
| 09/10 | Deposit | 524.00 |
| 09/10 | Merchant Bnkcd   Deposit   424321448880   CCD ID: 9066396104 | 340.63 |
| 09/10 | Merchant Bnkcd   Deposit   424278591880   CCD ID: 9066396104 | 338.90 |
| 09/11 | Deposit | 697.94 |
| 09/11 | Deposit | 690.44 |
| 09/11 | Merchant Bnkcd   Deposit   424321448880   CCD ID: 9066396104 | 369.97 |
| 09/11 | Merchant Bnkcd   Deposit   424278591880   CCD ID: 9066396104 | 275.90 |
| 09/14 | Deposit | 1,749.33 |
| 09/14 | Deposit | 1,553.00 |
| 09/14 | Deposit | 1,491.21 |
| 09/14 | Deposit | 1,444.81 |
| 09/14 | Deposit | 1,223.34 |
| 09/14 | Deposit  522953030 | 951.36 |
| 09/14 | Merchant Bnkcd   Deposit   424321448880   CCD ID: 9066396104 | 380.06 |
| 09/14 | Merchant Bnkcd   Deposit   424278591880   CCD ID: 9066396104 | 359.64 |
| 09/15 | Merchant Bnkcd   Deposit   424321448880   CCD ID: 9066396104 | 1,160.23 |
| 09/15 | Merchant Bnkcd   Deposit   424278591880   CCD ID: 9066396104 | 1,058.39 |
| 09/15 | Merchant Bnkcd   Deposit   424321448880   CCD ID: 9066396104 | 972.03 |
| 09/15 | Merchant Bnkcd   Deposit   424278591880   CCD ID: 9066396104 | 923.30 |
| 09/15 | Merchant Bnkcd   Deposit   424278591880   CCD ID: 9066396104 | 891.21 |
| 09/15 | Merchant Bnkcd   Deposit   424321448880   CCD ID: 9066396104 | 716.44 |
| 09/16 | Deposit  564926017 | 421.00 |
| 09/16 | Deposit | 374.46 |
| 09/16 | Deposit  523073180 | 308.00 |
| 09/16 | Deposit | 284.94 |
| 09/16 | Merchant Bnkcd   Deposit   424321448880   CCD ID: 9066396104 | 430.89 |
| 09/16 | Merchant Bnkcd   Deposit   424278591880   CCD ID: 9066396104 | 358.57 |
| 09/17 | Deposit | 690.66 |
| 09/17 | Deposit | 542.43 |
| 09/17 | Merchant Bnkcd   Deposit   424321448880   CCD ID: 9066396104 | 587.43 |
| 09/17 | Merchant Bnkcd   Deposit   424278591880   CCD ID: 9066396104 | 420.58 |
| 09/18 | Deposit             5TH 329 | 5,000.00 |
| 09/18 | Deposit | 824.92 |
| 09/18 | Deposit | 556.88 |
| 09/18 | Merchant Bnkcd   Deposit   424321448880   CCD ID: 9066396104 | 243.86 |
| 09/18 | Merchant Bnkcd   Deposit   424278591880   CCD ID: 9066396104 | 186.00 |
| 09/21 | Deposit | 1,720.35 |
| 09/21 | Deposit | 1,455.22 |

FROM :PIZZA SERVICE    FAX NO. :8475410732    Oct. 06 2009 02:59PM P4

# CHASE

September 01, 2009 through September 30, 2009
Account Number: 000000828695692

## DEPOSITS AND ADDITIONS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/21 | Deposit | 1,432.10 |
| 09/21 | Deposit | 1,334.00 |
| 09/21 | Deposit | 1,238.57 |
| 09/21 | Deposit | 1,186.41 |
| 09/21 | Merchant Bnkcd Deposit 424321448880 CCD ID: 9066396104 | 530.35 |
| 09/21 | Merchant Bnkcd Deposit 424278591880 CCD ID: 9066396104 | 462.62 |
| 09/21 | American Express Settlement 3121660682 CCD ID: 1134992260 | 11.43 |
| 09/21 | American Express Settlement 3122432305 CCD ID: 1134992250 | 8.24 |
| 09/22 | Deposit | 635.00 |
| 09/22 | Deposit | 440.00 |
| 09/22 | Merchant Bnkcd Deposit 424321448880 CCD ID: 9066396104 | 1,098.63 |
| 09/22 | Merchant Bnkcd Deposit 424278591880 CCD ID: 9066396104 | 1,058.02 |
| 09/22 | Merchant Bnkcd Deposit 424278591880 CCD ID: 9066396104 | 981.30 |
| 09/22 | Merchant Bnkcd Deposit 424321448880 CCD ID: 9066396104 | 963.25 |
| 09/22 | Merchant Bnkcd Deposit 424321448880 CCD ID: 9066396104 | 823.45 |
| 09/22 | American Express Settlement 3121660682 CCD ID: 1134992250 | 94.77 |
| 09/22 | Discover Network Settlement 601101302298699 CCD ID: 1510020270 | 50.14 |
| 09/22 | Discover Network Settlement 601101345294902 CCD ID: 1510020270 | 25.29 |
| 09/22 | Discover Network Settlement 601101345294902 CCD ID: 1510020270 | 24.94 |
| 09/23 | Deposit | 509.92 |
| 09/23 | Deposit | 392.22 |
| 09/23 | Merchant Bnkcd Deposit 424321448880 CCD ID: 9066396104 | 345.24 |
| 09/23 | Merchant Bnkcd Deposit 424278591880 CCD ID: 9066396104 | 290.71 |
| 09/23 | American Express Settlement 3122432305 CCD ID: 1134992250 | 21.04 |
| 09/23 | Discover Network Settlement 601101345294902 CCD ID: 1510020270 | 19.41 |
| 09/24 | Deposit | 744.39 |
| 09/24 | Deposit | 528.00 |
| 09/24 | Merchant Bnkcd Deposit 424278591880 CCD ID: 9066396104 | 401.81 |
| 09/24 | Merchant Bnkcd Deposit 424321448880 CCD ID: 9066396104 | 341.45 |
| 09/24 | American Express Settlement 3121660682 CCD ID: 1134992250 | 28.60 |
| 09/24 | American Express Settlement 3122432305 CCD ID: 1134992250 | 17.71 |
| 09/25 | Deposit | 782.41 |
| 09/25 | Deposit | 619.35 |
| 09/25 | Cash Deposit Credit Adjustment | 10.00 |
| 09/25 | Merchant Bnkcd Deposit 424321448880 CCD ID: 9066396104 | 503.89 |
| 09/25 | Merchant Bnkcd Deposit 424278591880 CCD ID: 9066396104 | 366.56 |
| 09/25 | American Express Settlement 3122432305 CCD ID: 1134992250 | 32.61 |
| 09/28 | Deposit | 1,857.75 |
| 09/28 | Deposit | 1,562.40 |
| 09/28 | Deposit | 1,559.20 |
| 09/28 | Deposit | 1,434.44 |
| 09/28 | Deposit | 1,300.10 |
| 09/28 | Deposit | 1,224.60 |
| 09/28 | Cash Deposit Credit Adjustment | 1.00 |
| 09/28 | Merchant Bnkcd Deposit 424321448880 CCD ID: 9066396104 | 492.51 |

FROM :PIZZA SERVICE                FAX NO. :8475410732                Oct. 06 2009 03:00PM  P5



September 01, 2009 through September 30, 2009
Account Number: 000000828695692

## DEPOSITS AND ADDITIONS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/28 | Merchant Bnkcd Deposit 424278591880 CCD ID: 9066396104 | 347.45 |
| 09/28 | American Express Settlement 3121660682 CCD ID: 1134992250 | 45.94 |
| 09/29 | Deposit | 522.60 |
| 09/29 | Deposit | 440.21 |
| 09/29 | Merchant Bnkcd Deposit 424321446880 CCD ID: 9066396104 | 1,523.60 |
| 09/29 | Merchant Bnkcd Deposit 424278591880 CCD ID: 9066396104 | 1,119.00 |
| 09/29 | Merchant Bnkcd Deposit 424321446880 CCD ID: 9066396104 | 1,018.33 |
| 09/29 | Merchant Bnkcd Deposit 424278591880 CCD ID: 9066396104 | 1,005.12 |
| 09/29 | Merchant Bnkcd Deposit 424321446880 CCD ID: 9066396104 | 888.37 |
| 09/29 | Merchant Bnkcd Deposit 424278591880 CCD ID: 9066396104 | 681.29 |
| 09/29 | Discover Network Settlement 601101345294902 CCD ID: 1510020270 | 75.45 |
| 09/29 | Discover Network Settlement 601101302298698 CCD ID: 1510020270 | 49.59 |
| 09/29 | Discover Network Settlement 601101345294902 CCD ID: 1510020270 | 37.43 |
| 09/29 | Discover Network Settlement 601101302298698 CCD ID: 1510020270 | 32.65 |
| 09/29 | American Express Settlement 3122432305 CCD ID: 1134992250 | 19.47 |
| 09/29 | Discover Network Settlement 601101345294902 CCD ID: 1510020270 | 19.14 |
| 09/29 | American Express Settlement 3121660682 CCD ID: 1134992250 | 8.30 |
| 09/30 | Deposit | 495.93 |
| 09/30 | Deposit | 452.14 |
| 09/30 | Merchant Bnkcd Deposit 424278591880 CCD ID: 9066396104 | 287.26 |
| 09/30 | American Express Settlement 3122432305 CCD ID: 1134992250 | 30.96 |
| 09/30 | Discover Network Settlement 601101302298698 CCD ID: 1510020270 | 27.69 |
| **Total Deposits and Additions** | | **$92,212.56** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 10001 ^ | | 09/03 | $2,386.34 |
| 10002 ^ | | 09/11 | 2,220.67 |
| 10004 * ^ | | 09/11 | 997.49 |
| 10006 * ^ | | 09/30 | 210.00 |
| 10050 * ^ | | 09/11 | 259.19 |
| 10051 ^ | | 09/08 | 209.29 |
| 10052 ^ | | 09/09 | 355.32 |
| 10053 ^ | | 09/10 | 97.05 |
| 10054 ^ | | 09/11 | 190.41 |
| 10055 ^ | | 09/14 | 526.21 |
| 10056 ^ | | 09/10 | 316.11 |
| 10057 ^ | | 09/09 | 540.83 |
| 10058 ^ | | 09/09 | 418.57 |
| 10059 ^ | | 09/09 | 406.02 |
| 10060 ^ | | 09/21 | 15.06 |
| 10061 ^ | | 09/10 | 270.01 |
| 10062 ^ | | 09/08 | 53.17 |
| 10063 ^ | | 09/23 | 28.23 |
| 10064 ^ | | 09/15 | 2,143.42 |

FROM :PIZZA SERVICE          FAX NO. :8475410732          Oct. 05 2009 03:01PM P6



September 01, 2009 through September 30, 2009
Account Number: 000000828695692

**CHECKS PAID** (continued)

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 10065 ^ | | 09/10 | 1,110.69 |
| 10066 ^ | | 09/09 | 902.65 |
| 10067 ^ | | 09/09 | 1,330.24 |
| 10068 ^ | | 09/14 | 105.36 |
| 10069 ^ | | 09/09 | 267.67 |
| 10071 * ^ | | 09/09 | 542.10 |
| 10072 ^ | | 09/09 | 101.93 |
| 10073 ^ | | 09/22 | 279.70 |
| 10074 ^ | | 09/09 | 75.99 |
| 10075 ^ | | 09/17 | 60.17 |
| 10076 ^ | | 09/10 | 270.44 |
| 10077 ^ | | 09/10 | 182.43 |
| 10078 ^ | | 09/15 | 65.45 |
| 10080 * ^ | | 09/11 | 190.73 |
| 10081 ^ | | 09/11 | 23.90 |
| 10082 ^ | | 09/09 | 150.93 |
| 10083 ^ | | 09/08 | 211.10 |
| 10084 ^ | | 09/14 | 217.43 |
| 10085 ^ | | 09/09 | 131.73 |
| 10086 ^ | | 09/02 | 125.17 |
| 10087 ^ | | 09/25 | 86.39 |
| 10088 ^ | | 09/28 | 116.40 |
| 10089 ^ | | 09/22 | 329.09 |
| 10090 ^ | | 09/21 | 657.41 |
| 10091 ^ | | 09/22 | 207.48 |
| 10093 * ^ | | 09/22 | 35.02 |
| 10095 * ^ | | 09/22 | 248.91 |
| 10096 ^ | | 09/24 | 193.90 |
| 10097 ^ | | 09/23 | 93.69 |
| 10099 * ^ | | 09/23 | 192.57 |
| 10100 ^ | | 09/22 | 151.48 |
| 10101 ^ | | 09/24 | 164.77 |
| 10102 ^ | | 09/29 | 185.27 |
| 10103 ^ | | 09/24 | 41.59 |
| 10104 ^ | | 09/25 | 226.10 |
| 10105 ^ | | 09/21 | 218.58 |
| 10106 ^ | | 09/24 | 357.35 |
| 10107 ^ | | 09/23 | 52.36 |
| 10108 ^ | | 09/23 | 212.51 |
| 10109 ^ | | 09/22 | 490.60 |
| 10110 ^ | | 09/29 | 355.58 |
| 10111 ^ | | 09/23 | 526.21 |
| 10112 ^ | | 09/22 | 421.24 |
| 10113 ^ | | 09/22 | 394.20 |
| 10114 ^ | | 09/22 | 316.20 |
| 10115 ^ | | 09/22 | 79.01 |

FROM : PIZZA SERVICE　　　　　　　　　FAX NO. :8475410732　　　　　Oct. 06 2009 03:01PM P7

# CHASE

September 01, 2009 through September 30, 2009
Account Number: 000000028695692

## CHECKS PAID (continued)

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 10116 ^ | | 09/29 | 2,143.42 |
| 10117 ^ | | 09/24 | 1,110.83 |
| 10118 ^ | | 09/23 | 939.62 |
| 10119 ^ | | 09/29 | 1,344.99 |
| 10120 ^ | | 09/18 | 125.17 |
| 10121 ^ | | 09/23 | 7,248.00 |
| **Total Checks Paid** | | | **$37,253.49** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

*: All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 09/10 | Card Purchase | 09/09 Domino's Pizza E&S Livoini MI Card 4894 | 336.53 |
| 09/21 | ATM Withdrawal | 09/21 975 E Belvidere Rd Grayslake IL Card 4894 | 200.00 |
| 09/24 | ATM Withdrawal | 09/24 975 E Belvidere Rd Grayslake IL Card 4894 | 200.00 |
| **Total ATM & Debit Card Withdrawals** | | | **$736.53** |

Handwritten annotations: "-supplies Both Stores", "CASH-KC", "E-LA All Vault"

## OTHER WITHDRAWALS, FEES & CHARGES

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 09/02 | Deposited Item Returned　Account Closed 007557　# of Items00001Ck#:0000001067　Dep Amt000000000157931Dep Date083109Ck Amt0000003900　Svc Fee001000 | | $39.00 |
| 09/02 | Deposit Item Returned Fee: 01　007557　# of Items00001 | | 10.00 |
| 09/03 | Domino's Pizza  Dpi Paymt F6050　CCD ID: 2381741243 | | 2,582.49 |
| 09/03 | Dept of Revenue  Taxpaymnt  036102849714702 CCD ID: X000001100 | | 31.48 |
| 09/08 | Cash Deposit Debit Adjustment | | 0.02 |
| 09/08 | Deposited Item Returned　Account Closed 009476　# of Items00001Ck#:0000001069　Dep Amt0000000000016000Dep Date090209Ck Amt0000002000　Svc Fee001000 | | 20.00 |
| 09/08 | Deposit Item Returned Fee: 01　009476　# of Items00001 | | 10.00 |
| 09/08 | Domino's Pizza  Dpi Paymt F6050　CCD ID: 1381741243 | | 5,144.30 |
| 09/08 | IL Tax Payment  Idor Debit 09Wd1000204959  CCD ID: 5555566257 | | 484.36 |
| 09/09 | Deposited Item Returned　Account Closed 005876　# of Items00001Ck#:0000001070　Dep Amt000000000042300Dep Date090309Ck Amt0000003500　Svc Fee001000 | | 35.00 |
| 09/09 | Deposit Item Returned Fee: 01　005876　# of Items00001 | | 10.00 |
| 09/11 | Domino's Pizza  Dpi Paymt F6050　CCD ID: 2381741243 | | 2,389.77 |
| 09/14 | Domino's Pizza  Dpi Paymt F6050　CCD ID: 1381741243 | | 7,214.36 |