Case 09-08457    Doc 45    Filed 07/14/09    Entered 07/15/09 11:47:00    Desc Main
Document    Page 1 of 1

09-08457:37.1.Motion to Extend Time for Filing Chapter 11 Plan and Disclosure Statement:Proposed Order Entered: 7/7/2009 6:09.00 PM by:Forrest Ingram Page 1 of

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TERMANO, LLC | ) | Case No. 09-08457 |
| | ) | |
| Debtor and Debtor in Possession, | ) | Chief Judge Carol A. Doyle |
| | ) | |
| | ) | Hearing: July 14, 2009, 10:00 A.M. |

**ORDER GRANTING DEBTOR EXTENSION OF TIME TO FILE PLAN**

THIS MATTER CAME TO BE HEARD on the motion of Debtor to obtain an extension of time to file its Plan, due notice having been given and the Court being fully advised in the premises,

IT IS ORDERED that:

Debtor is granted until <u>July 28, 2009</u> to file its Plan and Disclosure Statement.

The status hearing date of July 21, 2009 at 10:30 is hereby continued to _8/4/09 10:30 am_.

Dated: 7/14/09

BY THE COURT

_____
Hon. Chief Judge Carol A. Doyle
United States Bankruptcy Judge

This order was prepared by Forrest L. Ingram, P.C.