# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TERMANO, LLC | ) | |
|    d/b/a Country Club Apartments, | ) | Chief Judge Carol A. Doyle |
| | ) | |
|    Debtor and Debtor in Possession. | ) | Case No. 09-08457 |

## NOTICE OF FILING

To: See attached Service List.

     PLEASE TAKE NOTICE that on **July 28, 2009**, I filed in the Bankruptcy Court by electronic filing the Chapter 11 Debtor's **Plan of Reorganization and Disclosure Statement,** a copy of which is enclosed and served upon you.

                                  /s/ Forrest L. Ingram

Forrest L. Ingram #3129032
Gautham Kaveti
Forrest L. Ingram, P.C.
79 West Monroe Street, Suite 900
Chicago, IL 60603-4907
(312) 759-2858

## CERTIFICATE OF SERVICE

     I, Gautham Kaveti, an attorney, certify that I served a true and correct copy of the above and foregoing notice and the document to which it refers on those whose names appear on the attached services list by electronic case filing, as indicated, and on the Debtor by email and regular mail on July 28, 2009.

                                  /s/ Gautham Kaveti

## SERVICE LIST

<u>**Via ECF:**</u>

**William T Neary**
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604
USTPRegion11.ES.ECF@usdoj.gov

**Commercial Coin Laundry Systems**
c/o Robert Koback
Russel G. Winick & Associates, P.C.
1220 Iroquois Avenue
Suite 100
Naperville, IL 60563
rkoback@winicklaw.com

<u>**Via Mail & Email:**</u>

**Centrue Bank**
321 West Main Street
Ottawa, Illinois 61350
FaiqMihlar@hsbattys.com

**Termano**
c/o Eric Olsauskas
269 Blackhawk Road
Riverside, Illinois 60546
eolsauskas@comcast.net

<u>**Via Mail:**</u>

**City of Urbana**
c/o City of Urbana Legal Division
Curt Borman
400 S. Vine Street
Urbana, IL 61801

**Champaign County Assessor**
1776 E. Washington
Urbana, Illinois 60182