APPEARANCE

## United States Bankruptcy Court

For the __Northern__ District of __Illinois__

In re Debtor(s)
Termano, LLC

) Case No. 09 B 8457
)
)
)

I, THE UNDERSIGNED, HEREBY FILE MY APPEARANCE AS ATTORNEY FOR

Commercial Coin Laundry Systems

---

August A. Pilati
Print Name on this Line

*(signature)*

ATTORNEY ID NUMBER    03125503

August A. Pilati and Associates, Ltd.
Firm Name

FIRM ID NUMBER: _____

53 W. Jackson Blvd., Suite 528
Street Address

Chicago    IL    60604
City    State    Zip

Telephone    (312) 726-3100

Trial Attorneys*

_____
Print Name

*Request is made for trial attorney to avoid possible conflicts in scheduling.

DATED: _____

TYPE OF DEFENSE COUNSEL:

CJA ____ ,RETAINED ____ ,SELF ____ ,NONE OTHER ____ ,PUB DEF ____

FOR OFFICE USE ONLY:

Party Code: P ____    D ____    TP ____

Revised 06/08rj