IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 09 B 8457 |
| TERMANO, LLC, | ) | |
| | ) | Hon. Carol A. Doyle |
| Debtor. | ) | |
| | ) | Hearing Date: August 19, 2009 |
| | ) | Hearing Time: 10:00 a.m. |

### ORDER FIXING TIME BY WHICH DEBTOR MUST MOVE TO ASSUME OR REJECT UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND FOR OTHER RELATED RELIEF

This case coming to be heard on the Motion to Compel Assumption or Rejection of Unexpired Leases of Nonresidential Real Property (the "Motion")[1] filed by Commercial Coin Laundry Systems ("Movant"), and due and proper notice having been given pursuant to applicable bankruptcy rules to the Debtor and all other parties in interest entitled thereto, and the Court having read and considered the Motion and having heard the statements of counsel for Movant and for the Debtor,

**NOW, THEREFORE**, the Court being fully advised in the premises, it is hereby **ORDERED** that:

1. The Debtor, Termano, LLC, is hereby directed to file and serve a motion, on or before August 27, 2009 (the "Deadline"), seeking approval to either assume or reject the Leases pursuant to Section 365(a) of the Bankruptcy Code; and

---

[1] Unless otherwise indicated, all of the capitalized terms used herein shall have the same meanings ascribed to such terms in the Motion.

2.  If the Debtor fails to file the requisite motion by the Deadline as hereinabove provided, then in such event the Leases shall be deemed rejected and Movant shall be entitled to exercise its rights under Section 365(h) of the Bankruptcy Code.

Dated: 8/19/09

ENTER: _____
United States Bankruptcy Judge

**Prepared By:**

August A. Pilati, Esq. (03125503)
Kenneth A. Fedinets, Esq. (03124303)
AUGUST A. PILATI AND ASSOCIATES, LTD.
53 W. Jackson Boulevard, Suite 528
Chicago, Illinois 60604
(312) 726-3100

Russel G. Winick, Esq.
RUSSEL G. WINICK & ASSOCIATES, P.C.
1220 Iroquois Avenue
Suite 100
Naperville, Illinois 60563
(630) 548-5800