IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: __Termano, LLC__    CASE NO. __09-08457__

SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

For Month Ending __July 31__, __2009__

| | | |
|---|---|---|
| BEGINNING BALANCE IN ALL ACCOUNTS | $ | 1929.86 |

RECEIPTS:

| | | |
|---|---|---|
| 1. Receipts from operations | $ | 15,378.06 |
| 2. Other Receipts | $ | |

DISBURSEMENTS:

| | | |
|---|---|---|
| 3. Net payroll | $ | 0.00 |
|    a. Officers | $ | 8800.00 |
|    b. Others | $ | 0.00 |
| 4. Taxes | | |
|    a. Federal Income Taxes | $ | 0.00 |
|    b. FICA Withholdings | $ | 0.00 |
|    c. Employee's withholdings | $ | 0.00 |
|    d. Employer's FICA | $ | 0.00 |
|    e. Federal Unemployment Taxes | $ | 0.00 |
|    f. State Income Tax | $ | 0.00 |
|    g. State Employee Withholdings | $ | 0.00 |
|    h. All other state taxes | $ | 0.00 |
| 5. Necessary expenses: | | |
|    a. Rent or mortgage payment(s) | $ | 0.00 |
|    b. Utilities | $ | 3547.49 |
|    c. Bank Fees | $ | 70.00 |
|    d. Merchandise bought for repairs | $ | 3516.67 |
|    e. Other Necessary expenses | $ | 0.00 |
|    (specify) Milage | $ | 1124.20 |
|       Credit Card Terminal | $ | 60.22 |

| | |
|---|---|
| TOTAL DISBURSEMENTS | $ 17,048.08 |
| NET RECEIPTS (DISBURSEMENTS) FOR THE CURRENT PERIOD | $ 0.00 |
| ENDING BALANCE IN __MB Financial Bank__ | $ 256.34 |
| (Name of Bank) | |
| ENDING BALANCE IN _____ | $ |
| (Name of Bank) | |
| ENDING BALANCE IN ALL ACCOUNTS | $ 256.34 |

1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

CASE NAME: __Termano, LLC__    CASE NO. __09-08457__

## RECEIPTS LISTING

For Month Ending ____July 31____, 2009__

| | |
|---|---|
| Bank: | MB Financial Bank |
| Location: | North Riverside Il, 60546 |
| Account Name: | Termano LLC DBA Country Club Apartments |
| Account No.: | 5050036447 |

| Date Received | Description | Amount |
|---|---|---|
| 7-06-09 | Rents | 7741.57 |
| 7-13-09 | Rents | 2800.00 |
| 7-21-09 | Rents | 2489.90 |
| 7-27-09 | Rents | 2347.49 |

Total: __15,378.06__

Receipts may be identified by major categories. It is not necessary to list each transaction separately by name of customer or invoice number. You must, however, create a separate list for each bank account to which receipts were deposited during the month.

2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: __Termano, LLC__    CASE NO. __09-08457__

DISBURSEMENT LISTING

For Month Ending __July 31__, __2009__

**Bank:** MB Financial Bank
**Location:** North Riverside Il, 60546
**Account Name:** Termano LLC dba Country Club Apts
**Account No.:** 5050036447

| DATE DISBURSED | DESCRIPTION | AMOUNT |
|---|---|---|
| 7-02-09 | Credit Card Terminal | 60.22 |
| 7-06-09 | Eric Pay | 2200.00 |
| 7-07-09 | Bank Fee | 35.00 |
| 7-08-09 | Eric Pay | 2200.00 |
| 7-13-09 | Millage and Pay | 3324.20 |
| 7-21-09 | Eric Pay | 2200.00 |
| 7-22-09 | Bank Fee | 35.00 |
| 7-24-09 | E & E Property (Unit Repairs) | 3516.67 |
| 7-27-09 | Association Payment | 2347.49 |
| 7-29-09 | ABC Sanitary ( Garbage ) | 1200.00 |

Total:                                  13439.81

You must create a separate list for each bank account from which disbursements were made during the month.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: __Termano, LLC__    CASE NO. __09-08457__

## DISBURSEMENT LISTING

For Month Ending __July 31__, __2009__

### STATEMENT OF INVENTORY

| | |
|---|---|
| Beginning Inventory | $ 0.00 |
| Add: Purchases | $ 0.00 |
| Less: goods sold (cost basis) | $ 0.00 |
| Ending Inventory | $ 0.00 |

### PAYROLL INFORMATION STATEMENT

| | |
|---|---|
| Gross payroll for this period | $ 8800.00 |
| Payroll taxes due but unpaid | $ 0.00 |

### STATUS OF PAYMENTS TO SECURED CREDITORS AND LESSORS

| Name of Creditor/ Lessor | Date Regular Payment is Due | Amount of Regular Payments | Number of Payments Delinquent | Amounts of Payments Delinquent |
|---|---|---|---|---|
| | | | | |

**Include only post-petition payments**

4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: __Termano, LLC__   CASE NO. __09-08457__

For Month Ending ___July 31___, __2009__

## STATEMENT OF AGED RECEIVABLES

ACCOUNTS RECEIVABLE:

| | |
|---|---|
| Beginning of month balance | $ 0.00 |
| Add: sales on account | $ 0.00 |
| Less: collections | $ 0.00 |
| End of month balance | $ 0.00 |

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | End of Month Total |
|---|---|---|---|---|
| $ | $ | $ | $ | $ |

STATEMENT OF ACCOUNTS PAYABLE (POST-PETITION)

| | |
|---|---|
| Beginning of month balance | $ 0.00 |
| Add: credit extended | $ 0.00 |
| Less: payments of account | $ 0.00 |
| End of Month Balance | $ 0.00 |

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | End of Month Total |
|---|---|---|---|---|
| $ | $ | $ | $ | $ 0.00 |

Itemize all post-petition payables over 30 days old on a separate schedule and file with this report.

5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: __Termano, LLC__   CASE NO. __09-08457__

For Month Ending __May 31__, __2009__

## TAX QUESTIONNAIRE

Debtors in possession and trustees are required to pay all taxes incurred after the filing of their Chapter 11 petition on an as due basis. Please indicate whether the following post petition taxes or withholdings have been paid currently.

| # | Tax | Yes | No |
|---|---|---|---|
| 1. | Federal Income Taxes | Yes ( ) | No ( ) |
| 2. | FICA withholdings | Yes ( ) | No ( ) |
| 3. | Employee's withholdings | Yes ( ) | No ( ) |
| 4. | Employer's FICA | Yes ( ) | No ( ) |
| 5. | Federal Unemployment Taxes | Yes ( ) | No ( ) |
| 6. | State Income Tax | Yes ( ) | No ( ) |
| 7. | State Employee withholdings | Yes ( ) | No ( ) |
| 8. | All other state taxes | Yes ( ) | No ( ) |

N/A

If any of the above have not been paid, state below the tax not paid, the amounts past due and the date of last payment.

6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

## DECLARATION UNDER PENALTY OF PERJURY

I, __ERIC OLSAUSKAS__, acting as the duly authorized agent for the Debtor in Possession (Trustee) declare under penalty of perjury under the laws of the United States that I have read and I certify that the figures, statements, disbursement itemizations, and account balances as listed in this Monthly Report of the Debtor are true and correct as of the date of this report to the best of my knowledge, information and belief.

_____
For the Debtor In Possession (Trustee)

Print or type name and capacity of
Person signing this Declaration

Eric Olsauskas
Managing Member

DATED: 8/24/2009