09-08457:60.6:Application for Compensation:Proposed Order Entered: 8/18/2009 1:19:24 PM by:Forrest Ingram Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TERMANO, LLC | ) | Case No. 09-08457 |
| | ) | |
| Debtor and Debtor in Possession. | ) | Chief Judge Carol A. Doyle |
| | ) | |
| | ) | Hearing: September 8, 2009 |

## ORDER GRANTING FIRST INTERIM APPLICATION OF FORREST L. INGRAM, P.C. FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND COSTS

THIS MATTER came to be heard on the First Interim Application of FORREST L. INGRAM, P.C. for Allowance and Payment of Compensation and Costs. The Court has jurisdiction over the subject matter pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A). The Court being fully advised in the premises:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** as follows:

1. FORREST L. INGRAM, P.C. is awarded **$24,093.50** of the professional compensation requested for the time period beginning March 13, 2009 and ending July 31, 2009.

2. FORREST L. INGRAM, P.C. is awarded **$1,055.58** for reimbursement of expenses for the time period beginning March 13, 2009 and ending July 31, 2009.

3. FORREST L. INGRAM, P.C. is authorized to apply the pre-petition fee retainer of **$5,0000.00** to the amounts awarded as fees, and the pre-petition filing fee of **$1,039.00** toward reimbursement of costs.

4. FORREST L. INGRAM, P.C. is authorized to apply the remaining post-petition fee retainer of **$8,639.00**, received from the third party non-creditor, to the amounts awarded as fees.

5. Debtor is authorized and directed to pay FORREST L. INGRAM, P.C., from its operational funds, the total net aggregate sum of **$10,471.08** for compensation for services and reimbursement of expenses.

Dated: 9/8/09

BY THE COURT

_____
The Honorable Carol A. Doyle
United States Bankruptcy Judge

This order was prepared
By Forrest L. Ingram, P.C.