# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| TERMANO, LLC | ) Case No. 09-08457 |
| | ) |
| Debtor and Debtor in Possession. | ) Chief Judge Carol A. Doyle |
| | ) |
| | ) Hearing: Sept. 8, 2009, 10:00 A.M. |

## AMENDED ORDER REJECTING LEASES PURSUANT TO 11 U.S.C. § 356(a)

THIS MATTER CAME TO BE HEARD on the motion of the Debtor and Debtor in Possession under § 365(a) to reject certain leases for laundry rooms in 904 and 908 Broadway. The Court has jurisdiction over the subject matter, and the matter is a core proceeding. Due notice having been given and the Court being fully advised in the premises,

IT IS ORDERED that the Leases for laundry rooms in 904 and 908 Broadway with Commercial Coin Laundry Systems are hereby rejected by the Debtor. ~~rejected retroactive to March 13, 2009.~~

Dated: 9/9/09

BY THE COURT

_Carol A. Doyle_
The Honorable Carol A. Doyle
Chief Bankruptcy Judge

This order was prepared by
FORREST L. INGRAM, P.C.

7