REQUIRED STATEMENT
TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY

All Cases: Debtor(s) __Termano, LLC_____ Case No. __09-08457__ Chapter __11__

All Cases: Moving Creditor __Commercial Coin Laundry Systems__ Date Case Filed __March 13, 2009__

Nature of Relief Sought: ☒ Lift Stay    ☐ Annul Stay    ☐ Other (describe) _____

Chapter 13: Date of Confirmation Hearing _____ or Date Plan Confirmed _____

Chapter 7: ☐ No-Asset Report Filed on _____
          ☐ No-Asset Report not Filed, Date of Creditors Meeting _____

1.  Collateral
    a.  ☐ Home
    b.  ☐ Car  Year, Make, and Model _____
    c.  ☒ Other (describe) __Leased real property__

2.  Balance Owed as of Petition Date  $ _____
    Total of all other Liens against Collateral $ __N/A__

3.  In chapter 13 cases, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

4.  Estimated Value of Collateral (must be supplied in *all* cases)  $ __Leased property n/a__

5.  Default
    a.  ☐ Pre-Petition Default
        Number of months ____   Amount $ _____

    b.  ☐ Post-Petition Default
        i.  ☐ On direct payments to the moving creditor
            Number of months ____   Amount $ _____

        ii. ☐ On payments to the Standing Chapter 13 Trustee
            Number of months ____   Amount $ _____

6.  Other Allegations
    a.  ☐ Lack of Adequate Protection § 362(d)(1)
        i.   ☐ No insurance
        ii.  ☐ Taxes unpaid    Amount $ _____
        iii. ☐ Rapidly depreciating asset
        iv.  ☐ Other (describe) _____

    b.  ☐ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)

    c.  ☒ Other "Cause" § 362(d)(1)
        i.   ☐ Bad Faith (describe) _____
        ii.  ☐ Multiple Filings
        iii. ☒ Other (describe) _____

    d.  Debtor's Statement of Intention regarding the Collateral
        i. ☐ Reaffirm   ii. ☐ Redeem   iii. ☐ Surrender   iv. ☐ No Statement of Intention Filed

Date: __September 17, 2009__        __/s/ August A. Pilati__
                                    Counsel for Movant

(Rev. 8/18/09)