IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN THE MATTER OF:            Chapter 11

Termano, LLC,               Case No. 09-08457

Debtor(s).                Honorable Carol A. Doyle

## ORDER GRANTING RELIEF FROM AUTOMATIC STAY

This cause coming to be heard upon the Motion for Relief from Automatic Stay filed by Centrue Bank (hereinafter "Centrue"), due notice having been given to all parties entitled thereto, and the Court being fully advised in the premises:

IT IS HEREBY ORDERED that the Automatic Stay against Centrue be and the same is modified pursuant to Section 362(d) of the United States Bankruptcy Code and Centrue shall have the right to proceed with any and all proceedings in connection with the real estate located at 904-908 N. Broadway Ave., Urbana, Illinois 61801 (Real Estate).

IT IS FURTHER ORDERED that the Proof of Claim filed on behalf of Centrue in connection with the Real Estate shall hereby be withdrawn.

IT IS FURTHER ORDERED that Centrue is hereby granted leave to file an unsecured Proof of Claim for the deficiency balance, if any, resulting from the sale of the Real Estate and such Proof of Claim shall be deemed timely filed.

IT IS FURTHER ORDERED that the 10-day stay provision of Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure is hereby waived.

DATED: _____        ENTER:

_____
Bankruptcy Judge

HEAVNER, SCOTT, BEYERS & MIHLAR, LLC
Attorneys at Law
Faiq Mihlar (ARDC #06274089)
111 East Main Street, Suite #200
Post Office Box 740
Decatur, Illinois 62525-0740
(217) 422-1719