# REQUIRED STATEMENT
## TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY

All Cases: Debtor(s) __Termano, LLC__  Case No. __09-08457__  Chapter __11__

All Cases: Moving Creditor __Centrue Bank__  Date Case Filed __3/13/2009__

Nature of Relief Sought: ☑ Lift Stay  ☐ Annul Stay  ☐ Other (describe) _____

Chapter 13: Date of Confirmation Hearing _____ or Date Plan Confirmed _____

Chapter 7: ☐ No-Asset Report Filed on _____
            ☐ No-Asset Report not Filed, Date of Creditors Meeting _____

1. Collateral
   a. ☐ Home
   b. ☐ Car  Year, Make, and Model _____
   c. ☑ Other (describe) __apartment complex__

2. Balance Owed as of Petition Date $ 2,360,284.77
   Total of all other Liens against Collateral $ _____

3. In chapter 13 cases, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

4. Estimated Value of Collateral (must be supplied in *all* cases) $ 1,800,000.00

5. Default
   a. ☑ Pre-Petition Default
      Number of months __1__  Amount $ 2,360,284.77

   b. ☐ Post-Petition Default
      i. ☐ On direct payments to the moving creditor
         Number of months _____  Amount $ _____
      ii. ☐ On payments to the Standing Chapter 13 Trustee
          Number of months _____  Amount $ _____

6. Other Allegations
   a. ☑ Lack of Adequate Protection § 362(d)(1)
      i. ☐ No insurance
      ii. ☐ Taxes unpaid  Amount $ _____
      iii. ☑ Rapidly depreciating asset
      iv. ☐ Other (describe) _____

   b. ☑ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)

   c. ☐ Other "Cause" § 362(d)(1)
      i. ☐ Bad Faith (describe) _____
      ii. ☐ Multiple Filings
      iii. ☐ Other (describe) _____

   d. Debtor's Statement of Intention regarding the Collateral
      i. ☐ Reaffirm  ii ☐ Redeem  iii. ☐ Surrender  iv. ☐ No Statement of Intention Filed

Date: __9/18/2009__                         _____
                                            Counsel for Movant

(Rev. 8/18/09)