UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**Honorable** Carol A. Doyle                **Hearing Date** 9/29/09

**Bankruptcy Case No.** 09 B 08457           **Adversary No.**

**Title of Case** Jermano LLC

**Brief Statement of Motion** Motion of Centrue Bank for adequate protection and motion for relief from stay

**Names and Addresses of moving counsel**

**Representing**

ORDER

Debtor is granted leave to file and serve a written response on or before October 14, 2009.
Movant is granted leave to file and serve a written reply to the response on or before October 23, 2009.
Status/ruling set for November 3, 2009 at 10:30 am

/s/ Carol A. Doyle