UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Honorable: Carol A. Doyle    Hearing Date: 9/29/09

Bankruptcy Case No.: 09B08457    Adversary No.:

Title of Case: Termano LLC

Brief Statement of Motion: Motion of Commercial Coin Laundry Systems for relief from stay

Names and Addresses of moving counsel:

Representing:

ORDER

Debtor is granted leave to file and serve a written response on or before October 14, 2009. Movant is granted leave to file and serve a written reply to the response on or before October 23, 2009. Status/ruling set for November 3, 2009 at 10:30 am.

Carol A. Doyle