# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

CASE NAME: __Termano, LLC__    CASE NO. __09-08457__

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

For Month Ending __August 31__, 2009

| | |
|---|---|
| BEGINNING BALANCE IN ALL ACCOUNTS | $ 256.34 |

**RECEIPTS:**

| | |
|---|---|
| 1. Receipts from operations | $ 10,528.70 |
| 2. Other Receipts | $ 1,500.00 |

**DISBURSEMENTS:**

| | |
|---|---|
| 3. Net payroll | $ 0.00 |
|    a. Officers | $ 6600.00 |
|    b. Others | $ 0.00 |
| 4. Taxes | |
|    a. Federal Income Taxes | $ 0.00 |
|    b. FICA Withholdings | $ 0.00 |
|    c. Employee's withholdings | $ 0.00 |
|    d. Employer's FICA | $ 0.00 |
|    e. Federal Unemployment Taxes | $ 0.00 |
|    f. State Income Tax | $ 0.00 |
|    g. State Employee Withholdings | $ 0.00 |
|    h. All other state taxes | $ 0.00 |
| 5. Necessary expenses: | |
|    a. Rent or mortgage payment(s) | $ 0.00 |
|    b. Utilities | $ 3504.36 |
|    c. Bank Fees | $ 81.70 |
|    d. Merchandise bought for repairs | $ 1796.55 |
|    e. Other Necessary expenses | $ 0.00 |
|    (specify) Milage | $ 0.00 |
|    Credit Card Terminal | $ 60.22 |

| | |
|---|---|
| TOTAL DISBURSEMENTS | $ 12,042.83 |
| NET RECEIPTS (DISBURSEMENTS) FOR THE CURRENT PERIOD | $ 0.00 |
| ENDING BALANCE IN __MB Financial Bank__ (Name of Bank) | $ 242.21 |
| ENDING BALANCE IN _____ (Name of Bank) | $ |
| ENDING BALANCE IN ALL ACCOUNTS | $ 242.21 |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

CASE NAME: __Termano, LLC__     CASE NO. __09-08457__

**RECEIPTS LISTING**

For Month Ending ___August    31___, __2009__

Bank: _____MB Financial Bank_____
Location: _____North Riverside Il. 60546_____
Account Name: _____Termano LLC DBA Country Club Apartments_____
Account No.: _____5050036447_____

| Date Received | Description | Amount |
|---|---|---|
| 8-06-09 | Rents | 6523.70 |
| 8-14-09 | Rents | 4005.00 |

Total: __10,528.70__

Receipts may be identified by major categories. It is not necessary to list each transaction separately by name of customer or invoice number. You must, however, create a separate list for each bank account to which receipts were deposited during the month.

IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

CASE NAME: __Termano, LLC__   CASE NO. __09-08457__

### DISBURSEMENT LISTING

For Month Ending __August__ __31__, __2009__

Bank: __MB Financial Bank__
Location: __North Riverside Il. 60546__
Account Name: __Termano LLC dba Country Club Apts__
Account No.: __5050036447__

| DATE DISBURSED | DESCRIPTION | AMOUNT |
|---|---|---|
| 8-03-09 | Credit Card Terminal | 60.22 |
| 8-04-09 | ABC Sanitary | 583.00 |
| 8-06-09 | City Of Chicago Parking | 2.95 |
| 8-10-09 | Gas ( Lawn Equipment ) | 20.00 |
| 8-10-09 | Electric Bills | 2921.36 |
| 8-10-09 | Eric Pay | 2200.00 |
| 8-11-09 | Bank Fee | 35.00 |
| 8-12-09 | E & E Property (Unit Repairs) | 649.45 |
| 8-17-09 | American Pest Control | 350.00 |
| 8-19-09 | Bank Fee ( Checks ) | 46.70 |
| 8-19-09 | Computer Program | 52.98 |
| 8-21-09 | Eric Pay | 2200.00 |
| 8-21-09 | E & E Property Repairs | 724.12 |
| 8-31-09 | Eric Pay | 2200.00 |

Total: __12,042.83__

You must create a separate list for each bank account from which disbursements were made during the month.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

CASE NAME: __Termano, LLC__   CASE NO. __09-08457__

## DISBURSEMENT LISTING

For Month Ending __August__ __31__, __2009__

### STATEMENT OF INVENTORY

| | |
|---|---|
| Beginning Inventory | $ 0.00 |
| Add: Purchases | $ 0.00 |
| Less: goods sold (cost basis) | $ 0.00 |
| Ending Inventory | $ 0.00 |

### PAYROLL INFORMATION STATEMENT

| | |
|---|---|
| Gross payroll for this period | $ 8800.00 |
| Payroll taxes due but unpaid | $ 0.00 |

### STATUS OF PAYMENTS TO SECURED CREDITORS AND LESSORS

| Name of Creditor/Lessor | Date Regular Payment is Due | Amount of Regular Payments | Number of Payments Delinquent | Amounts of Payments Delinquent |
|---|---|---|---|---|
| | | | | |

**Include only post-petition payments**

4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: __Termano, LLC__    CASE NO. __09-08457__

For Month Ending __August    31__, __2009__

## STATEMENT OF AGED RECEIVABLES

ACCOUNTS RECEIVABLE:

| | |
|---|---|
| Beginning of month balance | $ 0.00 |
| Add: sales on account | $ 0.00 |
| Less: collections | $ 0.00 |
| End of month balance | $ 0.00 |

| 0-30 Days $ | 31-60 Days $ | 61-90 Days $ | Over 90 Days $ | End of Month Total $ |
|---|---|---|---|---|
| | | | | |

## STATEMENT OF ACCOUNTS PAYABLE (POST-PETITION)

| | |
|---|---|
| Beginning of month balance | $ 0.00 |
| Add: credit extended | $ 0.00 |
| Less: payments of account | $ 0.00 |
| End of Month Balance | $ 0.00 |

| 0-30 Days $ | 31-60 Days $ | 61-90 Days $ | Over 90 Days $ | End of Month Total $ |
|---|---|---|---|---|
| | | | | 0.00 |

Itemize all post-petition payables over 30 days old on a separate schedule and file with this report.

5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: __Termano, LLC__   CASE NO. __09-08457__

For Month Ending __August__ __31__, __2009__

## TAX QUESTIONNAIRE

Debtors in possession and trustees are required to pay all taxes incurred after the filing of their Chapter 11 petition on an as due basis. Please indicate whether the following post petition taxes or withholdings have been paid currently.

| | | | |
|---|---|---|---|
| 1. | Federal Income Taxes | Yes ( ) | No ( ) |
| 2. | FICA withholdings | Yes ( ) | No ( ) |
| 3. | Employee's withholdings | Yes ( ) | No ( ) |
| 4. | Employer's FICA | Yes ( ) | No ( ) |
| 5. | Federal Unemployment Taxes | Yes ( ) | No ( ) |
| 6. | State Income Tax | Yes ( ) | No ( ) |
| 7. | State Employee withholdings | Yes ( ) | No ( ) |
| 8. | All other state taxes | Yes ( ) | No ( ) |

N/A

If any of the above have not been paid, state below the tax not paid, the amounts past due and the date of last payment.

6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

## DECLARATION UNDER PENALTY OF PERJURY

I, _____ERIC OLSAUSKAS_____, acting as the duly authorized agent for the Debtor in Possession (Trustee) declare under penalty of perjury under the laws of the United States that I have read and I certify that the figures, statements, disbursement itemizations, and account balances as listed in this Monthly Report of the Debtor are true and correct as of the date of this report to the best of my knowledge, information and belief.

_____
For the Debtor In Possession (Trustee)

Print or type name and capacity of
Person signing this Declaration

_Eric Olsauskas, Mgr._

DATED:_____

7