U. S. TRUSTEE QUARTERLY FEE STATEMENT
Pursuant to Fed. R. Bankr. P. 2015(a)(5)

CASE NAME: __Termano LLC__    CASE NO: __09-08457__

FOR CALENDAR QUARTER ENDING __September 30__, __2009__

DISBURSEMENTS*

1. MONTH | DISBURSEMENTS
   - September — $ 9,623.98
   - August — $ 12,042.83
   - July — $ 17,048.08

   TOTAL DISBURSEMENTS FOR QUARTER    $ 38,714.89

2. QUARTERLY FEE OWED PURSUANT TO 28 U.S.C. §1930(A)(6)    $ 650.00

3. QUARTERLY FEE PAID (Attach proof of payment)    $ 650.00

4. AMOUNT OF UNPAID FEES (IF ANY)    $ 0.00

I, __Eric Olsauskas__ acting as the duly authorized agent for the Debtor In Possession (Trustee) (Plan Administrator) declare under penalty of perjury under the laws of the United States that I have read and certify that the figures, statements, disbursement itemizations, and account balances as listed in this U.S. Trustee Quarterly Fee Statement are true and correct as of the date of this report to the best of my knowledge, information and belief.

DATED: __November, 15th 2009__    _____
For the Debtor In Possession (Trustee) (Plan Administrator)

(Print or type name and capacity of person signing this Declaration).

__Eric Olsauskas__

__Manager Termano LLC__

* For periods subsequent to plan confirmation, this includes payments pursuant to the confirmed plan as well as all other disbursements.

EXHIBIT "D"

TERMANO LLC
DBA COUNTRY CLUB APARTMENTS
269 BLACKHAWK ROAD
RIVERSIDE, IL 60546

2158
2-173/710

DATE 11/15/09

PAY TO THE ORDER OF  US Trustee   $ 650.00

Six Hundred Fifty 00/100 DOLLARS

mb financial bank
North Riverside, IL 60546

FOR Acct # 521-09-08457

⑆002158⑆ ⑈071001737⑈ 505003644⑆