IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TERMANO, LLC | ) | Case No. 09-08457 |
| | ) | |
| Debtor and Debtor in Possession. | ) | Chief Judge Carol A. Doyle |
| | ) | |
| | ) | Hearing: December 3, 2009 at 10:00 a.m. |

**ORDER GRANTING SECOND INTERIM APPLICATION OF FORREST L. INGRAM, P.C. FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND COSTS**

THIS MATTER came to be heard on the Second Interim Application of FORREST L. INGRAM, P.C. for Allowance and Payment of Compensation and Costs. The Court has jurisdiction over the subject matter pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A). The Court being fully advised in the premises:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** as follows:

1. FORREST L. INGRAM, P.C. is awarded $20,260.50 of the professional compensation requested for the time period beginning August 1, 2009 and ending October 31, 2009.

2. FORREST L. INGRAM, P.C. is awarded $24.66 for reimbursement of expenses for the time period beginning August 1, 2009 and ending October 31, 2009.

3. Debtor is authorized and directed to pay FORREST L. INGRAM, P.C., from its operational funds, the total net aggregate sum of $20,285.16 for compensation for services and reimbursement of expenses.

Dated: 12/3/09

BY THE COURT:

_____
The Honorable Carol A. Doyle
United States Bankruptcy Judge

This order was prepared
By Forrest L. Ingram, P.C.