# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TERMANO, LLC | ) | |
|    d/b/a Country Club Apartments, | ) | Chief Judge Carol A. Doyle |
| | ) | |
|    Debtor and Debtor in Possession. | ) | Case No. 09-08457 |
| | ) | |

## NOTICE OF FILING

To:   See Attached Service List

    PLEASE TAKE NOTICE that on January 5, 2010, I filed with the United States Bankruptcy Court for the Northern District of Illinois, the Debtor's Plan of Reorganization and the Debtor's Disclosure Statement, copies of which are hereby served upon you.

                                          s/ Forrest L. Ingram
                                          One of Debtors' attorneys

Forrest L. Ingram #3129032
Philip Groben
Vik Chaudhry
Michael Ohlman
Forrest L. Ingram, P.C.
79 West Monroe Street, Suite 900
Chicago, IL 60603-4907
(312) 759-2858

## CERTIFICATE OF SERVICE

    I, Philip Groben, an attorney, certify that I caused a true and correct copy of the above and foregoing notice, and the documents to which it refers, to be served upon the parties listed on the attached service list, either by electronic delivery or by regular mail, as indicated on the list, by 5:00 P.M. on January 6, 2010.

                                          /s/ Philip Groben

# SERVICE LIST

**Via CM/ECF**

William T Neary
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

Commercial Coin Laundry Systems
Robert Koback
Russel G. Winick & Associates, P.C.
1220 Iroquois Avenue
Suite 100
Naperville, IL 60563

Commercial Coin Laundry Systems
August A Pilati
August A. Pilati and Associates, Ltd.
53 W Jackson Blvd
Suite 528
Chicago, IL 60604

Centrue Bank
Faiq Mihlar
Heavner Scott Beyers & Mihlar
Attorneys at Law
111 East Main Street Ste #200
PO Box 740
Decatur, IL 62525

**Via U.S. Mail**

Able Aire Service
1874 County Road 1600
Urbana, IL 61802

Ameren IP
2200 E Eldorado Street
Decatur, IL 62521

Area Disposal Service
Route 51 S
Clinton, IL 61727

Arthur L. Mann
507 S. Broadway Ave.
Urbana, IL 61801

AT&T
P.O. Box 277019
Atlanta, GA 30384-7019

Champaign County Assessor
1776 E. Washington
Urbana, IL 61802

Insight/Comcast
One Comcast Center
Philadelphia, PA 19103

Interline Brands, Inc. - Bankruptcy
801 West Bay Street
Jacksonville, FL 32204

Midstate Collection Solutions
1711 S Neil Street #2
Champaign, IL 61820

Orkin Pest Control
4110 Fieldstone Rd
Champaign, IL 61822

Technology Specialists Group, Inc.
201 W Springfield Ave, Ste 909
Champaign, IL 61820

Tessie Cuy
P.O. Box 8726
Emeryville, CA 94662

Urbana-Champaign Sanitary District
Mike McCormick
Erwin, Martinkus & Cole, Ltd.
411 West University Ave.
Champaign, IL  61820