# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | | |
|---|---|---|---|
| Honorable | Carol A. Doyle | Hearing Date | 1/28/2010 |
| Bankruptcy Case No. | 09 B 08457 | Adversary No. | |
| Title of Case | Termano LLC | | |

**Brief Statement of Motion:** Motion for Relief from Stay filed by Commercial Coin Laundry Systems

**Names and Addresses of moving counsel:**

**Representing:**

## ORDER

Commercial Coin Laundry Systems is granted leave to file and serve a written reply to the response on or before 2/12/2010.

Status/Ruling set for 3/2/2010 at 10:30 a.m.

*/s/ Carol A. Doyle*
AM