## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| TERMANO, LLC | ) |
|    d/b/a Country Club Apartments, | ) Chief Judge Carol A. Doyle |
| | ) |
| Debtor and Debtor in Possession. | ) Case No. 09-08457 |

**ORDER SETTING COMBINED HEARING ON THE ADEQUACY OF THE DISCLOSURE STATEMENT AND PLAN CONFIRMATION HEARING**

The Debtor and Debtor in possession having filed its Second Amended Disclosure Statement and its Second Amended Plan on February 11, 2010, requesting this Court to set a date for a combined hearing on the adequacy of the disclosure statement and the confirmation of the plan, IT IS HEREBY ORDERED:

1. The combined hearing to consider the adequacy of the Second Amended Disclosure Statement and, if so approved, confirmation of the Second Amended Plan, is set for March 18, 2010, at 10:30am in Courtroom 742. Debtor's counsel shall serve notice of hearing to Class I, Class II, Class III, and Class IV creditors, on of before February 15, 2010.

2. Debtor's Counsel shall serve copies of the Second Amended Disclosure Statement and the Second Amended Plan, upon Class I, Class II, Class III, and Class IV creditors, on or before February 15, 2010.

3. Debtor's Counsel shall serve an appropriate ballot for accepting or rejecting the Second Amended Plan upon Class I and Class IV creditors only, on or before February 15, 2010.

4. March 12, 2010 is fixed as the last day to file written objections as to the adequacy of the Disclosure Statement and/or the confirmation of the Plan.

5. <u>March 12, 2010</u> is fixed as the last day for those creditors entitled to vote upon the Second Amended Plan to file, by written ballot, written acceptances or rejections of the Second Amended Plan with the Clerk of the United States Bankruptcy Court.

6. Debtor's counsel shall file a Report of Balloting on the Second Amended Plan on or before <u>March 16, 2010</u>.

Dated:

2/11/10

BY THE COURT

*Carol A. Doyle*

The Honorable Chief Judge Carol A. Doyle
U.S. Bankruptcy Judge

This document was prepared by
Forrest L. Ingram, P.C.