# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TERMANO, LLC | ) | Case No. 09-08457 |
| | ) | |
| Debtor and Debtor in Possession. | ) | Chief Judge Carol A. Doyle |
| | ) | |

## **DEBTOR'S NOTICE OF CHANGE OF ADDRESS**

To:

**William T Neary**
Office of the U.S. Trustee, Region 11
219 S Dearborn St, Room 873
Chicago, IL 60604
USTPRegion11.ES.ECF@usdoj.gov

　　　　PLEASE TAKE NOTICE that debtor Termano, LLC has changed its mailing address. Its former mailing address was 269 Blackhawk Rd., Riverside, IL 60546. Please be advised that effective March 8, 2010 its new mailing address is 517 Maple Ave., Willow Springs, IL 60480.

　　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,
　　　　　　　　　　　　　　　　　　　　　　FORREST L. INGRAM, P.C.

　　　　　　　　　　　　　　　　　　　　　　/s/ Philip Groben

Forrest L. Ingram, P.C.
79 W. Monroe, Suite 900
Chicago, IL 60603
312 / 759-2823
Atty. No. 3129032

　　　　I, Philip Groben, certify that I served a true and correct copy of the DEBTOR'S NOTICE OF CHANGE OF ADDRESS on all parties entitled to service at the address listed on above, via ECF electronic delivery, on March 8, 2010 before 6:00 p.m.

　　　　　　　　　　　　　　　　　　　　　　/s/ Philip Groben