IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                         ) Chapter 11
                                               )
TERMANO, LLC                                   )
    d/b/a Country Club Apartments,             ) Chief Judge Carol A. Doyle
                                               )
    Debtor and Debtor in Possession.           ) Case No. 09-08457
                                               )

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class I claim against the Debtor in the unpaid amount of

$ _1,882,824.00_ Dollars ($ 1,882,824.00 ) _plus attorneys fees and interest at 6%_

[Check One Box Only]

[X] ACCEPTS THE PLAN          [ ] REJECTS THE PLAN

DATED: _3/10/10_     Print or type name: _Centrue Bank by Steven J. Seglebach_
                    Signed: _[signature]_
                    Title: _Senior Vice President_
                    Address: _122 W. Madison_
                             _Ottawa, IL 61350_

RETURN THIS BALLOT TO:
Clerk of the United States Bankruptcy Court
Dirksen Building - Closing Department
219 South Dearborn St.
Chicago, IL 60604

Forrest L. Ingram, P.C.
79 West Monroe Street
Suite 900
Chicago, IL 60603

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

MAR 15 2009

KENNETH S. GARDNER, CLERK
TEAM - D