## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TERMANO, LLC | ) | Chief Judge Carol A. Doyle |
| | ) | |
| Debtor and Debtor in Possession. | ) | Case No. 09-08457 |
| | ) | |
| | ) | Hearing: March 18, 2010 at 10:00 a.m. |

### ORDER GRANTING THIRD INTERIM APPLICATION OF FORREST L. INGRAM, P.C. FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND COSTS

THIS MATTER came to be heard on the Third Interim Application of FORREST L. INGRAM, P.C. for Allowance and Payment of Compensation and Costs. The Court has jurisdiction over the subject matter pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A). The Court being fully advised in the premises:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** as follows:

1. FORREST L. INGRAM, P.C. is awarded **$24,289.00** of the professional compensation requested for the time period beginning November 1, 2009 and ending January 31, 2010.

2. FORREST L. INGRAM, P.C. is awarded **$69.21** for reimbursement of expenses for the time period beginning November 1, 2009 and ending January 31, 2010.

3. Debtor is authorized and directed to pay FORREST L. INGRAM, P.C., from its operational funds, the total net aggregate sum of **$24,358.21** for compensation for services and reimbursement of expenses.

Dated: 3-18-2010

BY THE COURT:

_____
The Honorable Carol A. Doyle
United States Bankruptcy Judge

This order was prepared
By Forrest L. Ingram, P.C.