IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TERMANO, LLC | ) | |
|    d/b/a Country Club Apartments, | ) | Chief Judge Carol A. Doyle |
| | ) | |
|    Debtor and Debtor in Possession. | ) | Case No. 09-08457 |
| | ) | |
| | ) | Hearing: 3/18/10 at 10:30 A.M. |

### ORDER APPROVING DEBTOR'S SECOND AMENDED DISCLSOURE STATEMENT AND CONFIRMING DEBTOR'S SECOND AMENDED PLAN

THIS CAUSE coming onto be heard at the combined hearing on the adequacy of the Debtor's Second Amended Disclosure Statement (the "Disclosure Statement") and confirmation of the Debtor's Second Amended Plan of Reorganization, (the "Plan"), both dated February 11, 2010; and copies of the Plan and Disclosure Statement having been transmitted to creditors and parties in interest; and the Court having determined after notice and a hearing that the Disclosure Statement contains adequate information as required under 11 U.S.C. § 1125 and that the Plan satisfies the requirements for confirmation set forth in 11 U.S.C. § 1129,

**IT IS HEREBY ORDERED** that the Disclosure Statement is approved and the Plan is CONFIRMED with the following amendments:

In the Plan:

I. ARTICLE III, Section 3.00 is modified by deleting the words: "post-petition lease obligations accruing prior to rejection of leases".

II. ARTICLE IV, Section 4.03 is deleted in its entirety.

In the Disclosure Statement:

Since Commercial Coin did not complete its settlement agreement with the Debtor and instead obtained from the Court on March 2, 2010, an order lifting the stay to pursue state court remedies, and since Commercial Coin's claim was listed on Debtor's schedules as "disputed, unliquidated, and contingent," and since Commercial coin did not file a proof a claim in this case and had no right to vote on Debtor's plan, all references to an agreement between the Debtor and Commercial Coin are hereby deleted from the disclosure statement, as are all references to Debtor's not objecting the Commercial Coin's claim, and no payments will be made to Commercial Coin pursuant to the confirmed Plan.

A post-confirmation status on the Plan is set for April 27, 2010, at 10:30 am.

Dated: 3-18-2010

BY THE COURT:

_____
The Honorable Carol A. Doyle
Chief Bankruptcy Judge

This order was prepared
by Forrest L. Ingram, P.C.